IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

CASE No:  3:15cr7RV

v.

JIMMIE A. MCCORVEY

_____

## ORDER FOR WARRANT

On request of the United States Attorney, Northern District of Florida, pursuant to an

Indictment returned against the defendant,

**JIMMIE A. MCCORVEY,**

IT IS HEREBY ORDERED:

1.      Warrant of arrest shall immediately issue against the defendant.

2.      Bail shall be determined by the Judicial Officer at the time of arrest in

accordance with the Bail Reform Act, and notation to such effect shall be placed upon the

warrant.

DONE and ORDERED this ___18___ day of February, 2015, at Pensacola, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

Rec'd 0218 15 UsDcFln3PM0104