IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CASE No. 3:15cr 7 RV

ROSA M. BONNER
ARIYANNA S. LAMPLEY
   a/k/a Schuyler J. Nickerson
JIMMIE A. MCCORVEY
and
MARCIA D. MCCORVEY
   a/k/a Marcia Reaves

_____

## NOTICE OF PENDENCY OF OTHER OR PRIOR SIMILAR ACTIONS

The United States of America, by Pamela C. Marsh, United States Attorney for the

Northern District of Florida, hereby notifies this Honorable Court, pursuant to Rule

5.1(F) of the Local Rules of the United States District Court, Northern District of Florida,

of the existence of a related case which concerns issues of law and facts common with

those of the above-captioned case. The case is United States v. Ariyanna S. Lampley,

a/k/a Schuyler J. Nickerson, Case No.3:14cr53 which was assigned to United States

Chief District Court Judge, M. Casey Rodgers.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

ALICIA H. KIM
Assistant United States Attorney
Colorado Bar Number 41261
21 E. Garden Street, Suite 300
Pensacola, Florida 32502-5675
(850) 444-4000

Filed0218'15UsDcFln3PM0103