# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:15cr7/RV

ROSA M. BONNER
ARIYANNA S. LAMPLEY
  a/k/a "Schuyler J. Nickerson"
JIMMIE A. MCCORVEY
  and
MARCIA D. MCCORVEY
  a/k/a "Marcia Reaves"
_____/

## PROTECTIVE ORDER CONCERNING
## DISCLOSURE OF DISCOVERY INFORMATION

The government's Motion for Protective Order Concerning Disclosure of Discovery Information (Doc. 12) is **GRANTED**; therefore,

IT IS HEREBY ORDERED, that in order to aid in the exchange of discovery in this case: (1) the government is permitted to provide copies of its discovery materials, which contain personal identifying information of uncharged individuals and entities and co-defendants, to defense counsel; (2) defense counsel may not provide copies of said materials to any persons outside their respective offices, including their defendant clients; and (3) defense counsel must redact the personal identifying information of any uncharged individual or entity and co-defendant(s) from the document in the event it is necessary for defense counsel to provide copies of the materials to their respective clients.

**SO ORDERED** on this _____ day of February, 2015.

ROGER VINSON
SENIOR U.S. DISTRICT COURT JUDGE