UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.  3:15cr7/RV

JIMMIE A. MCCORVEY

_____/

## INITIAL APPEARANCE

Defendant appeared before the undersigned with ____ without ____ counsel. I have this date advised the defendant of the rights enumerated herein and have taken the following action:

1.   Advised that he/she is before a U.S. Magistrate Judge                      ✓____

2.   Advised of the charge or charges                                            ✓____

3.   Advised that he/she does not have to make any statement;
     that defendant has a right to consult with an attorney before
     making any statement; that any statement made could be used
     against defendant; that defendant will be arraigned under Rule 10
     but will not otherwise be asked to plead to the charge or charges        ✓____

4.   Advised of right to hire counsel, or have counsel appointed
     if found to be financially unable to hire counsel                        ✓____

5.   Defendant executed CJA 23                                                  ✓____

6.   Federal public defender appointed after determination
     defendant unable to hire counsel (CJA 20)                                 ✓____

7.  Advised that defendant should obtain and file CJA 23 if subsequently decides to request appointment of counsel    _____

8.  Defendant admitted financial ability to employ counsel Counsel    _____

9.  Defendant found to be able to make full or partial payment for appointed counsel    _____

10. Federal public defender appointed solely for the purpose of appearing at arraignment    _____

11. Defendant to report to the U.S. Magistrate Judge in ____ days as to formal and final retention of private counsel    _____

12. Since before the court on an indictment, the defendant was advised no right to preliminary hearing    ✗

13. Fix date and time for arraignment:    ✓

    IMMEDIATELY AFTER FIRST APPEARANCE PROCEEDINGS    _____

14. Defendant advised of right to reasonable bail    ✓

15. Order Setting Conditions of Release entered    ✓

16. Government moved for detention without bail

    (a) Defendant waived without prejudice right to detention hearing    _____

    (b) Government represented ready for detention hearing immediately    _____

    (c) Government requested continuance of _____ days (up to and including 3 days)    _____

Case No. 3:15cr7/RV

(d)   Defendant advised of right of continuance
       for up to and including 5 days                                    _____

(e)   Detention hearing scheduled for _____
       and Temporary Detention Order entered                            _____

(f)   Detention hearing conducted                                        _____

       1)   Order of detention entered                                  _____

       2)   Order Setting Conditions of Release entered                 _____

(g)   Defendant currently under order of incarceration
       negating necessity of consideration of detention
       on this charge(s) at this time                                    _____


_____

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


DATE:      February 19, 2015


NOTES:_____
_____
_____
_____


Case No. 3:15cr7/RV