11:00 AM                     United States District Court
                    CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced:        11:21 AM                Case #   3:15cr7/RV
Time Concluded:        11:23 AM                Date    2/19/15

DOCKET ENTRY: **ARRAIGNMENT** -

PRESENT:    HONORABLE Miles Davis   , U. S.  MAGISTRATE JUDGE
   Irma McCain-Coby         Dawn Bachtold          CD            Alicia Kim
    Deputy  Clerk              U.S.P.O.        Court Reporter    Asst. U.S. Attorney

U.S.A. vs.   JIMMIE A. MCCORVEY
  ✖ present    ____custody    X  bond    ___O/R _____ DOB
          Thomas Keith        x   Apptd.        Retained     x    present
          Attorney for Defendant

PROCEEDINGS:

   x    Defendant waives reading of Indictment-Information.

          Indictment-Information read.

PLEA:

  **X**          Not Guilty Count(s) ALL

          Guilty Count(s)

Trial Date:    April 6, 2015