# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Case No.  3:15cr7/RV

JIMMIE A. MCCORVEY,

      Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Michelle L. Hendrix, Esq., of Vernis & Bowling of Northwest Florida, P.A., and files this appearance as attorney for Defendant JIMMIE A. MCCORVEY in the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Alicia Kim, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, via electronic filing, this 25th day of February, 2015.

                      /s/ Michelle L. Hendrix
                      MICHELLE L. HENDRIX
                      Florida Bar No. 0172510
                      Vernis & Bowling of Northwest Florida, P.A.
                      315 South Palafox Street
                      Pensacola, FL 32502
                      Telephone (850) 433-5461
                      Fax (850) 433-0420