# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE  FLN | 2. PERSON REPRESENTED  MCCORVEY, JIMMIE | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  3:15-000007-003 RV | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name)  US v. MCCORVEY | 8. PAYMENT CATEGORY  Felony | 9. TYPE PERSON REPRESENTED  Adult Defendant | 10. REPRESENTATION TYPE  (See Instructions)  Criminal Case |
|---|---|---|---|

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1)  18 1349.F -- ATTEMPT AND CONSPIRACY TO COMMIT FRAUD

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12.**       **PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

**13.**       **PROCEEDING TO BE TRANSCRIBED** (Describe specifically).  NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

| **14.**       **SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)** | **Judge's Initials** |
|---|---|
| A.  Apportioned Cost       % of transcript with (Give case name and defendant) | |
| B.  ☐ 14-Day       ☐ Expedited       ☐ Daily       ☐ Hourly       ☐ Real Time Unedited | |
| C. ☐ Prosecution Opening Statement       ☐ Prosecution Argument       ☐ Prosecution Rebuttal  ☐ Defense Opening Statement       ☐ Defense Argument       ☐ Voir Dire       ☐ Jury Instructions | |
| D.  In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services  to persons proceeding under the Criminal Justice Act. | |

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation.  I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_____          _____
        Signature of Attorney                              Date

_____
        Printed Name

Telephone Number:  _____

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____          _____
Date of Order                        Nunc Pro Tunc Date

## CLAIM FOR SERVICES

| **17.**   **COURT REPORTER/TRANSCRIBER STATUS**  ☐ **Official**    ☐ **Contract**    ☐ **Transcriber**    ☐ **Other** | **18.**   **PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,)  **AND MAILING ADDRESS** |
|---|---|
| **19.**   **SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE** | Telephone Number: _____ |

| **20.**   **TRANSCRIPT** | **Include  Page Numbers** | **No. of Pages** | **Rate Per Page** | **Sub-Total** | **Less Amount  Apportioned** | **Total** |
|---|---|---|---|---|---|---|
| **Original** | | | | | | |
| **Copy** | | | | | | |
| **Expenses (itemize):** | | | | | | |
| **TOTAL AMOUNT CLAIMED:** | | | | | | |

**21.   CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____          Date: _____

## ATTORNEY CERTIFICATION

**22.   CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.**

_____          _____
        Signature of Attorney or Clerk                        Date

## APPROVED FOR PAYMENT - COURT USE ONLY

| **23.   APPROVED FOR PAYMENT** | **24.   AMOUNT  APPROVED** |
|---|---|
| _____          _____  Signature of Judicial Officer or Clerk                        Date | |