# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:15cr7-003RV

JIMMIE A. MCCORVEY

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JIMMIE A. MCCORVEY__
                                                Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Counts One & Two: Conspiracy to Commit Wire Fraud in violation of Title 18 United States Code, Section 1349
Count Three: Aggravated Identity Theft in violation of Title 18 United States Code, Section 1028

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Deputy Clerk: Mary Maloy | February 18, 2015    Pensacola |
| | Date and Location |

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by Charles J. Kahn, Jr.
            Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

*SELF-Surrendered to US Marshals office*

| DATE RECEIVED 2/18/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/19/15 | | by Donna Cuto |

Inv Res Spec
US Marshals Ser.
2/19/15

Filed 0225'15UsDcFln3PM0331