# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No.  3:15cr7/RV

JIMMIE MCCORVEY,

        Defendant.

_____/

## MOTION TO CONTINUE TRIAL

COMES NOW undersigned counsel and hereby files this Motion to Continue Trial, and as grounds therefore states:

1. On or about February 18, 2015, the defendant was indicted by a federal grand jury.  (Doc. 1)  The defendant was arraigned on February 19, 2015 (Doc. 26) and given a trial date of April 6, 2015.  (Doc. 32)  On or about March 12, 2015, Co-Defendant Ariyanna Lampley was arraigned (Doc. 46) and given a trial date of May 4, 2015.  (Doc. 47).

2. Consolidating the trial date of all defendants to May 4, 2015 would be in the interests of justice.  The defendant is named in three counts of the Indictment and there is a fair amount of discovery for both the undersigned and the defendant to digest.  A protective order has been entered, so many documents must be reviewed by the defendant in counsel's office.

3. Title 18, United States Code, Section 3161(c)(1) provides, in pertinent part, that a defendant must be tried within seventy days from the date the defendant first appeared in the district where the charges were brought. However, Section 3161 recognizes a number of exceptions to this rule. Section 3161(h)(6) allows for delay when a defendant is joined for trial with others as to whom the time for trial has yet to run, which we have herein. Section 3161(h)(7)(A) allows for delay to serve the ends of justice, which we have herein due to multiple defendants and voluminous discovery to review in preparation for trial.

4. Undersigned counsel has consulted with Assistant United States Attorney Alicia Kim, and she advised that she does not object to the relief requested herein.

5. Undersigned counsel has also consulted with the defendant, and he agrees to the relief requested herein and a Waiver of Speedy Trial will be filed confirming this in the near future. The defendant is currently on pre-trial release, thus there is no prejudice to his pre-trial status.

WHEREFORE undersigned counsel respectfully requests that this Honorable Court enter an order granting the motion to continue trial and provide such other relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been provided to Alicia Kim, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, via

electronic filing, this 23rd day of March, 2015.

/s/ Michelle L. Hendrix
MICHELLE L. HENDRIX
Florida Bar No. 0172510
Vernis & Bowling of Northwest Florida, P.A.
315 South Palafox Street
Pensacola, FL 32502
Telephone (850) 433-5461
Fax (850) 432-0166