# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                 CASE NO.  3:15-cr-7-RV

JIMMIE MCCORVEY

## REFERRAL AND ORDER

Referred to Judge Vinson on   3/23/2015
Type of Motion/Pleading MOTION TO CONTINUE TRIAL
Filed by:  Defendant        on  3/23/2015   Doc. No.  51
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                    on          Doc. No.          
                                    on          Doc. No.          

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

                                    /s/    *Paula Cawby*
                                    Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 25th day of March, 2015, that:

(a)   The requested relief is GRANTED, to 5/4/15.

(b)   

                                    **/s/ Roger Vinson**
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE