# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                           CASE NO.  3:15-cr-7-RV

JIMMIE A. MCCORVEY and
MARCIA D. MCCORVEY

### REFERRAL AND ORDER

Referred to Judge Vinson on   3/31/2015

Type of Motion/Pleading MOTION FOR A *GARCIA* HEARING REGARDING JOINT REPRESENTATION

Filed by: Government       on 3/30/2015    Doc. No. 63

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                              on          Doc. No.        

                              on          Doc. No.        

                             JESSICA J. LYUBLANOVITS
                             CLERK OF COURT

                             /s/   *Paula Cawby*
                             Deputy Clerk

### ORDER

Upon consideration of the foregoing, it is ORDERED this 31st day of March, 2015, that:

(a)   The requested relief is GRANTED.

(b)   Hearing will be set by separate order.

                             **/s/ Roger Vinson**
                             ROGER VINSON
                             SENIOR UNITED STATES DISTRICT JUDGE