# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE No. 3:15cr7/RV**

**JIMMIE A. MCCORVEY**
  **and**
**MARCIA D. MCCORVEY**
  **a/k/a "Marcia Reaves"**
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW, the United States of America, by and through the undersigned

Assistant United States Attorney, and respectfully shows unto the Court:

1.     The above-captioned case is set for trial on May 4, 2015, in Pensacola, Florida,

at 9 a.m.

2.     Victor McDuffie, Florida Department of Corrections Inmate Number 054466,

a material witness for the United States, is now confined in the custody of the Warden,

Apalachee Correctional Institution (West Unit) in Sneads, Florida.

3.     It is necessary to have said witness before this Court for the purpose of

testifying on behalf of the United States at said trial.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue

a writ of habeas corpus ad testificandum directing any United States Marshal to proceed to the

above-named institution and take into custody the body of the this witness, have the witness

before this Court at the time and place specified above for trial, and, upon completion of the

witness's testimony, to return the witness to the custody of the official in charge of the institution; and also directing the above-named official in charge of the institution to deliver the witness into the custody of any United States Marshal or his duly authorized representative for said proceedings.

Dated this 23rd day of April, 2015.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

**//s// Alicia H. Kim**
ALICIA H. KIM
Assistant U.S. Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Fax: (850) 434-9050