**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 CASE NO. 3:15 cr7/RV

JIMMIE A. MCCORVEY,

        Defendant.

_____/

**DEFENDANT JIMMIE MCCORVEY'S
MOTION FOR CONTINUANCE**

COMES NOW defendant, Jimmie McCorvey, by and through his counsel of record, pursuant to

Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully moves the Court for

a continuance of the trial setting in this matter to the joint criminal trial docket after the May 4,

2015 criminal docket. This matter is currently set on the May 4, 2015 criminal docket. As

Grounds for this Motion, counsel submit the following Memorandum in Support:

**MEMORANDUM IN SUPPORT**

1. The defendant is charged in three counts of a 3-count Indictment containing a Fraud

   allegation, with Conspiracy to Devise a Scheme to Defraud and Obtain Money and

   Property by means of material, false and fraudulent pretenses. In violation of Title 18,

   United States Code, Section 1341. On February 19, 2015, Mr. McCorvey appeared and

   was released on an ROR bond.

1

2. A significant amount of discovery, including documents contained on CD's as well as additional documents have recently been produced by the government. These documents need to be reviewed by counsel for this defendant. Furthermore, certain additional witnesses need to be contacted for an attempt to interview them. More time to complete additional investigation is necessary in order to render effective assistance of counsel. Additionally, counsel for defendant Jimmie McCorvey filed an entry of appearance in this matter during the week of March 25, 2015.

3. Counsel for defendant may need to file additional motions, as a result of the legal and factual issues which need to be more fully analyzed by counsel and, in some instances, ruled on by this Honorable Court. Therefore, a continuance of the trial setting and accompanying pretrial conference is requested. This continuance will also allow the Defendant to more fully prepare for trial. It is requested that this matter be set over to the next criminal docket.

4. Counsel for the government has been contacted concerning this request to continue this matter to the next criminal docket.

5. Defendant, Jimmie McCorvey acknowledges and waives his right to a Speedy Trial. A Signed affidavit waiving these rights under Speedy Trial Act will be filed.

6. This motion is not made to harass this Court or opposing counsel, and it is in the interests of justice to grant the Motion, and it outweighs the interests of the public in and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h) (8).

2

**WHEREFORE,** the defendant, Jimmie McCorvey, by and through counsel, respectfully files this motion to continue the trial setting from its current setting of May 4, 2015, to the next joint criminal docket date.

Respectfully submitted,

Atlantic Justice Law Group, PLLC.

By: **/s/ KENNETH L. WILLIAMS, ESQ.**
klwilliams@atlanticjustice.com
Atlantic Justice Law Group, PLLC.
FL. Bar No.: 0300535
118 E. Jefferson St., Suite 106
Orlando, FL. 32801
(t) (407) 930-1565
(f) (407) 391-3620
**Attorney for Defendant Jimmie McCorvey**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23th day of April, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF-E-Service system which sent notification of such filing to all counsel of record.

**/s/ Kenneth L. Williams**
**Attorney for Defendant Jimmie McCorvey**

3