# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 3:15cr7/RV

JIMMIE A. MCCORVEY
  and
MARCIA D. MCCORVEY
  a/k/a "Marcia Reaves"
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW the United States of America, by and through the undersigned

Assistant United States Attorney, and requests that the Court ask potential jurors in this case

the following voir dire questions, in addition to the Court's standard inquiry:

1.      Have you ever filed or participated in a claim for compensation as a result of

damages caused by the 2010 Deepwater Horizon oil spill in the Gulf of Mexico?  If so, with

what entity did you file a claim?  What is the status of the claim?  Have you received any

payment as a result of the claim?  Would any part of your experience have any impact on

your ability to sit as a juror in this case?

2.      Do you know if a close family member or friend ever filed or participated in

a claim for compensation as a result of damages caused by the oil spill?  If so, with what

entity did they file a claim?  What is the status of the claim?  Have they received any payment

as a result of the claim?  Would any part of their experience have any impact on your ability to sit as a juror in this case?

3.      Have you or a close family member or friend otherwise been effected in any way by the oil spill?  Would your or their experiences have any impact on your ability to sit as a juror in this case?

4.      Do any of you have experience working in a tax preparation business or otherwise preparing tax returns for other people?  If so, please describe your experience.

5.      Do any of you have any auditing or accounting experience?  If so, please describe your experience.

6.      Have any of you or any of your close family and friends ever been audited by the Internal Revenue Service (IRS)?  If so, would that experience have any impact on your ability to sit as a juror in this case?

7.      Have any of you ever had a tax lien or levy imposed on you, a family member, or a close friend or relative?  If so, would that experience have any impact on your ability to sit as a juror in this case?

8.      Do any of you disagree with the idea that under our voluntary income tax reporting system, we all have a duty to obey our tax laws including honest and truthful reporting of tax information to the IRS?

9.      Do you have any strong feelings about the IRS that would impact your ability to sit as a fair and impartial juror in this case?

WHEREFORE, the United States respectfully requests that this Court ask the jury panel in this case the above additional voir dire questions during jury selection.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Alicia H. Kim*
ALICIA H. KIM
Assistant U.S. Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Fax: (850) 434-9050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via notice of electronic filing to Kenneth L. Williams, counsel for Defendants Jimmie A. McCorvey and Marcia D. McCorvey, on this 24th day of April, 2015.

*/s/ Alicia H. Kim*
ALICIA H. KIM
Assistant U.S. Attorney