IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          CASE NO. 3:15 cr7/RV

JIMMIE A. MCCORVEY,

Defendant.

_____/

## DEFENDANT JIMMIE MCCORVEY'S
## MOTION FOR CONTINUANCE

COMES NOW defendant, Jimmie McCorvey, by and through his counsel of record, pursuant to

Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully moves the Court for

a continuance of the trial setting in this matter to the joint criminal trial docket after the May 4,

2015 criminal docket. This matter is currently set on the May 4, 2015 criminal docket. As

Grounds for this Motion, counsel submit the following Memorandum in Support:

## MEMORANDUM IN SUPPORT

1. The defendant is charged in three counts of a 3-count Indictment containing a Fraud

   allegation, with Conspiracy to Devise a Scheme to Defraud and Obtain Money and

   Property by means of material, false and fraudulent pretenses. In violation of Title 18,

   United States Code, Section 1341. On May 7, 2015, Mr. McCorvey appeared before the

   Court and entered a guilty plea to the Indictment.

2. On July 2, 2015,Lumbar Laminectomy and Descectomy surgery was performed on the Defendant by Dr. P. Colby Maher.

3. The Defendant was given an initial post-operation follow up appointment requirement three weeks following surgery.

4. The Defendant is expected to return for the follow up on or about July 23, 2015.

5. The period of time for recovery from surgery was estimated as four to six months by his physician.

6. The Defendant's ambulatory movement has been restricted by the surgery and is required to stay in bed as much as possible.

7. Consequently the Defendant must ask this Honorable for a Continuance of the Sentencing Hearing in this.

8. This motion is not made to harass this Court or opposing counsel, and it is in the interests of justice to grant the Motion, and  it outweighs the interests of the public in and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h) (8).

**WHEREFORE,** the defendant, Jimmie McCorvey, by and through counsel, respectfully files this motion to continue the sentencing hearing from its current setting of July 16, 2015.

Respectfully submitted,

Atlantic Justice Law Group, PLLC.

By: **/s/ KENNETH L. WILLIAMS, ESQ.**
klwilliams@atlanticjustice.com
Atlantic Justice Law Group, PLLC.
FL. Bar No.: 0300535
118 E. Jefferson St., Suite 106
Orlando, FL. 32801
(t) (407) 930-1565

(f) (407) 391-3620
**Attorney for Defendant Jimmie McCorvey**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of July, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF-E-Service system which sent notification of such filing to all counsel of record.

**/s/ Kenneth L. Williams**
**Attorney for Defendant Jimmie McCorvey**

3