## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:15 cr7/RV

JIMMIE A. MCCORVEY

_____/

## NOTICE OF APPEAL

**Notice is hereby given that JIMMIE A. McCORVEY** in the above styled case hereby appeal to the United States Court of Appeals for the Eleventh Federal Circuit from the sentencing order of 72 months incarceration, which is comprised of 48 months imprisonment as to Counts 1 and 2, to be served concurrently, and 24 months imprisonment as to Count 3, to be served consecutively to Counts 1 and 2, entered in this action on July 16, 2015.

/s/ Kenneth L. Williams
KENNETH L. WILLIAMS, ESQ.
klwilliams@atlanticjustice.com
Atlantic Justice Law Group, PLLC
FL Bar No.: 0300535
118 E. Jefferson St., Ste 106
Orlando, FL  32801
(t) (407) 930-1565
(f) (407) 391-3620